AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

FID 10320194

**RECEIVED** By USMS District of Columbia District Court at 10:26 am, Jul 31, 2025

United States of America
v.
Saul Castillo Crespo

*Defendant*

)
)
)  Case: 1:25-mj-00128
)  Assigned To: Judge Faruqui, Zia M.
)  Assign. Date: 7/30/2025
)  Description: COMPLAINT W/ARREST WARRANT
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Saul Castillo Crespo_____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

8 USC 1326(a) and (b)(1) – Re-entry After Removal.

Date: 07/30/2025

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/31/2025, and the person was arrested on *(date)* 8/7/2025
at *(city and state)* Washington, DC

Date: 8/7/2025

*Arresting officer's signature*

Thynee Harris DUSM
*Printed name and title*