UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 10, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 25-MJ-128 |
| SAUL CASTILLO-CRESPO, | : | VIOLATIONS: |
| | : | 8 U.S.C. §§ 1326(a) and (b)(2) |
| Defendant. | : | (Unlawful Reentry) |
| | : | 18 U.S.C. §§ 2250(a)(1), 2250(a)(2)(A), and 2250(a)(3) |
| | : | (Failure to Register) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 27, 2025, within the District of Columbia, **SAUL CASTILLO-CRESPO**, an alien, was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Brownsville, Texas, on or about January 4, 2023, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto, in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2).

### COUNT TWO

From on or about March 2025, and continuing until on or about July 16, 2025, within the District of Columbia, **SAUL CASTILLO-CRESPO**, an individual required to register as a sex offender under the Sex Offender Registration and Notification Act and a sex offender under the

law of the District of Columbia, after having received a felony conviction in the Superior Court of the District of Columbia on or about August 25, 2017, for Second-Degree Sex Abuse – Incompetent, knowingly failed to register and update his registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Sections 2250(a)(1), 2250(a)(2)(A), and 2250(a)(3).

A TRUE BILL:

FOREPERSON.

JEANINE FERRIS PIRRO
United States Attorney

By: *[signature]*

GAURI GOPAL
Assistant United States Attorney